United States District Court
Southern District of Texas
FILED

FEB 1 6 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **C-00-065** |
| | § | |
| *versus* | § | Civil Action _____ |
| | § | |
| Terri A. Hudson | § | Claim No. C99-27062 |

## Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2.  *Venue.* Defendant is a resident of Kleberg County, Texas, and may be served with process at 705 West Kleberg  Kingsville, TX 78363.

3.  *The Debt.* The debt owed the United States is:

    | | | |
    |---|---|---|
    | A. | Current Principal: | $2,814.29 |
    | B. | Current interest | $2,183.28 |
    | C. | Administrative, fees, costs, penalties | $0.00 |
    | D. | Balance due as of December 6, 1999 | $4,997.57 |
    | E. | Prejudgment interest accrues at 8.% per annum, being $0.62 per day. | |
    | F. | The current balance in 3A is after credits of | $0.00 |
    | G. | Attorney's fees | $935.00 |

    The certificate of indebtedness, attached as Exhibit A, shows the total owed, excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits had been applied.

4.  *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer.* The United States prays for judgment for:

    A.  The sums in paragraph 3, plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

C99-27062 U.S. Dept of Education

B.    Attorney's fees; and

C.    Other relief the court deems proper.

Respectfully submitted

BENNETT & WESTON, P.C.

By _____
    J. Michael Weston
    Texas Bar No. 21232100
    SD No. 21538
    Attorney in Charge
    Charles I. Appler
    Texas Bar No. 00788995
    SD No. 23055
    10670 N. Central Expressway, Suite 200
    Dallas, Texas  75231
    Telephone: (214) 691-1776
    FAX:  (214) 373-6810
    Attorneys for the United States of America

C99-27062 U.S. Dept of Education

# U. S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Terri A. Hudson
Aka: Terri King & Terri Ann Hudson
517 W Fordyce St
Kingsville, TX 78363
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12-06-99.

On or about 07-11-88, the borrower executed promissory note(s) to secure loan(s) of $2,625.00, from First Independent & Trust Co. at 8.00 percent interest per annum. This loan obligation was guaranteed by Texas Guarantee Student Loan Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05-13-89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,814.29 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08-25-94, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $ 2,814.29 |
| Interest: | $ 2,183.28 |
| Administrative/Collection Costs: | $ 0.00 |
| Late Fees: | $ 0.00 |
| Total debt as of 12-06-99: | $ 4,997.57 |

Interest accrues on the principal shown here at the rate of $.62 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/10/99

Name: _____
Title:   LOAN ANALYST
Branch: LITIGATION BRANCH

EXHIBIT A