United States District Court
Southern District of Texas
FILED

FEB 1 6 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **C-00-065** |
| *versus* | § § | Civil Action _____ |
| Terri A. Hudson | § § | |

## Motion for Entry of Agreed Judgment

The United States of America requests the Court to enter the Agreed Judgment filed with the Court based on the following:

1.     The parties have agreed to the entry of a judgment in this case.

2.     The United States has filed with the Court the Agreed Judgment signed by all parties.

Accordingly, the United States requests that the Court enter the Agreed Judgment as the final judgment in this case.

Respectfully submitted

BENNETT & WESTON, P.C.
Attorneys for the Plaintiff

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this _4th_ day of _February_, 2000.

*Certified mail RRR,*
*# Z.185 93 020*

_____

## CERTIFICATE OF CONFERENCE

This Motion is agreed to as evidenced by the parties' execution of the proposed Agreed Judgment filed with the Court.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

UNITED STATES OF AMERICA,　　　§
　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　§　　Civil Action C-00-065
　　　　　　　　　　　　　　　　§
Terri A. Hudson　　　　　　　　§

## Agreed Judgment

　　　1.　　On the agreement of the parties, it is adjudged that the United States of America recover from Terri A. Hudson:

A.　　Principal of $4,997.57, plus
B.　　Prejudgment interest from December 6, 1999, at the rate $0.62 per day until the date of judgment, plus
C.　　Attorney's fees of $250.00 and all costs of court, plus
D.　　Post-judgment interest at _____% per annum.

Signed _____, 2000.

_____
United States District Judge

AGREED:

_____
Terri A. Hudson

_____
Attorney for the United States

STATE OF TEXAS                          §
COUNTY OF HARRIS                        §
                                        §

    This instrument was acknowledged before me on the _13 Th_ day of _JANUARY_ _2000_, ~~1999~~, by Terri A. Hudson who stated to me that he/she signed the same for the purposes and considerations therein expressed.

KATHERINE ATTAWAY
Notary Public
STATE OF TEXAS
My Comm. Exp. June 30, 2000

Notary Public - State of Texas

My Commission Expires:
_6 - 30-00_