JUDGE PRESIDING: __JANE COOPER-HILL__

COURTROOM CLERK/ERO: __Linda R. Smith__

LAW CLERK: _____

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: __CSO - Ed Offutt__

INTERPRETER: __Zeph Perez III__

DATE: __November 15, 2000__   OPEN: __1:35__   ADJOURN: __1:56__

TAPE: __1/349 - 1/999__

~~CRIMINAL~~ MISC /CIVIL ACTION NO.: __C-00-65__

__Jose B. Flores__                    §    __Farrell M. Smith__

_____              §    _____

VS.                                  §

__Kenneth F. Appel__                 §    _____

_____              §    _____

United States District Court
Southern District of Texas
FILED

NOV 15 2000

MICHAEL N. MILBY, CLERK

Doc. 3.

===========================================================

PROCEEDING: Case called for Hearing on Pltff's Application to Proceed IFP.
Dft Sworn
Court made inquiries re: financial status.
Pltff Witness #1, Mary Helen Flores
Court made further inquiries re: financial status
Court will make recommendation to District Judge that Application for IFP be denied & Pltff be given 90 days to pay.
Parties excused.
Hearing concluded