```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2000

4.

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSE G. FLORES | § | |
| | § | |
| v. | § | MISC. NO. C-00-65 |
| | § | |
| KENNETH S. APFEL, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## MEMORANDUM AND RECOMMENDATION ON
## PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff seeks to proceed *in forma pauperis* ("i.f.p.") in his appeal of a denial of social security benefits by the Commissioner of the Social Security Administration. A hearing on plaintiff's application was held on November 15, 2000, at which plaintiff was represented by his attorney.

In light of the information in the i.f.p. application, as well as the testimony of plaintiff and his wife at the hearing, it is recommended that plaintiff's i.f.p. application be DENIED.

At the hearing, plaintiff testified that he lives with his wife, 16 year old son and 19 year old daughter in his daughter's home. He previously lived in a home that he was "renting to own," but the house was foreclosed on and he was forced to move two to three months ago. Plaintiff testified that he has no income, but he was unable to answer any questions concerning his monthly expenses.

Plaintiff's wife testified that she is an L.V.N. and earns approximately $1,500 per month after taxes at her nursing job. She has a second job that pays approximately $300 per month after taxes. Their daughter, who owns the home in which they live,

receives an annuity of approximately $2,000 per month. The house is in the daughter's name although plaintiff's wife testified that she makes the monthly payment of $520. Utilities average $320 per month and groceries average $300. Other expenses include medical co-pay expenses not covered by plaintiff's wife's health insurance, as well as credit card payments of $200 per month.

The monthly income of plaintiff's family exceeds the monthly expenses. Plaintiff is not indigent and has funds available to pay the filing fee.

## RECOMMENDATION

It is respectfully recommended that plaintiff's i.f.p. application be denied. It is further recommended that plaintiff be given ninety (90) days from entry of the Court's order adopting this Recommendation within which to pay the full filing fee of $150.00.

Respectfully submitted this ___15___ day of November, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

2

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(C), Fed. R. Civ. P. 72(b), and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error*, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Services Auto. Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).