United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § | Civil Action C-00-065 |
| Terri A. Hudson | § § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the United States of America recover from Terri A. Hudson:

   A. Principal of $4,997.57, plus
   B. Prejudgment interest from December 6, 1999, at the rate $0.62 per day until the date of judgment, plus
   C. Attorney's fees of $250.00 and all costs of court, plus
   D. Post-judgment interest at _____ % per annum.

Signed _____Feb 25_____, 2000.

_____
United States District Judge

AGREED:

_____   _____
Terri A. Hudson                    Attorney for the United States

STATE OF TEXAS         §
COUNTY OF HARRIS       §

    This instrument was acknowledged before me on the _13Th_ day of _January 2000_, ~~1999~~, by Terri A. Hudson who stated to me that he/she signed the same for the purposes and considerations therein expressed.

*[Notary seal: KATHERINE ATTAWAY, Notary Public, STATE OF TEXAS, My Comm. Exp. June 30, 2000]*

_____
Notary Public - State of Texas

My Commission Expires:
_6-30-00_