UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 13 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action C-00-065 |
| Terri A. Hudson | § | |

## MOTION TO CORRECT JUDGMENT

The United States moves to correct the judgment entered in this action.

1. Judgment was entered on February 25, 2000.

2. The judgment contains the following error: post-judgment rate of interest was omitted from the judgment.

3. A proposed corrected judgment is being submitted with this Motion.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

1.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this ___10th___ day of ___March___, 2000.

_____

## CERTIFICATE OF CONFERENCE

A conference was not held with the defendant as the judgment is an Agreed Judgment.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action C-00-065 |
| Terri A. Hudson | § | |

## CORRECTED JUDGMENT

On the agreement of the parties, it is adjudged that the United States of America recover from Terri A. Hudson:

    A.    Principal of $4,997.57, plus

    B.    Prejudgment interest from December 6, 1999, at the rate of $0.62 per day until the date of judgment; plus

    C.    Attorney's fees of $250.00 and all costs of court, plus

    D.    Post-judgment interest at _____% per annum.

Signed _____, 2000 at Corpus Christi, Texas.

_____
United States District Judge