United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action C-00-065 |
| | § | |
| Terri A. Hudson | § | |

CORRECTED JUDGMENT

On the agreement of the parties, it is adjudged that the United States of America recover from Terri A. Hudson:

A.  Principal of $4,997.57, plus

B.  Prejudgment interest from December 6, 1999, at the rate of $0.62 per day until the date of judgment; plus

C.  Attorney's fees of $250.00 and all costs of court, plus

D.  Post-judgment interest at __6.197__ % per annum.

Signed __March 17__, 2000 at Corpus Christi, Texas.

_____
United States District Judge